IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-351-3 |
| | : | |
| DEVIN SMITH | : | |

O R D E R

**AND NOW**, this 28th day of February, 2011, upon consideration of Defendant Devin Smith's Motion for Reduced Sentence (Docket No. 80) and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that Defendant's Motion for Reduced Sentence is **DENIED**.

BY THE COURT:


\_\_S/ JOHN R. PADOVA\_\_\_\_
John R. Padova, J.